# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAID ELMAJZOUB,

    Petitioner,

vs.

QUENTIN BYRNE, et al.,

    Respondents.

Case No. 3:15-cv-00624-RCJ-VPC

**ORDER**

    Petitioner has filed an unopposed motion for stay of proceedings pending resolution of state court matter (ECF No. 16) and an unopposed motion for extension of time to file amended petition pending resolution of state court matter (ECF No. 17). The court grants both motions.

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for stay of proceedings pending resolution of state court matter (ECF No. 16) is **GRANTED**. This action is **STAYED** pending conclusion of the state-court post-conviction proceedings. Petitioner shall return to this court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state- court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

    IT IS FURTHER ORDERED that petitioner's unopposed motion for extension of time to file amended petition pending resolution of state court matter (ECF No. 17) is **GRANTED**. Petitioner will have sixty (60) days from the date that the court grants a motion to reopen to file an amended petition for a writ of habeas corpus.

-2-

1  IT FURTHER IS ORDERED that the clerk of court shall administratively close this action
2  until such time as the court grants a motion to reopen the action.
3  Dated:  August 23, 2016

_____
ROBERT C. JONES
United States District Judge