# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>    Petitioner,<br><br>vs.<br><br>QUENTIN BYRNE, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00624-RCJ-VPC<br><br>**ORDER** |

The court stayed this action pending the resolution of matters in state court. ECF No. 18. Petitioner has filed a motion to lift stay for the limited purpose of filing motion to withdraw (ECF No. 19) and two motions to withdraw (ECF No. 20, ECF No. 21). The court accepts the statements of counsel that the attorney-client relationship has broken down and that the reasons should be confidential between petitioner and counsel. The court will reopen this action for the limited purpose of finding new counsel.

IT IS THEREFORE ORDERED that petitioner's motion to lift stay for the limited purpose of filing motion to withdraw (ECF No. 19) is **GRANTED**. The clerk of the court shall reopen this action.

IT IS FURTHER ORDERED that petitioner's motions to withdraw (ECF No. 20, ECF No. 21) are **GRANTED**. The representation of petitioner by the Federal Public Defender is **TERMINATED**.

///

///

1  IT IS FURTHER ORDERED that the clerk of the court shall forward a copy of this order to
2 the CJA Coordinator, who shall locate substitute counsel for petitioner. The clerk of the court also
3 shall send a copy of this order to petitioner himself, Said Elmajzoub, #1034685, High Desert State
4 Prison, P.O. Box 650, Indian Springs, NV 89070.
5  DATED: July 27, 2017.

_____
ROBERT C. JONES
United States District Judge