

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAID ELMAJZOUB,

    Petitioner,

vs.

QUENTIN BYRNE, et al.,

    Respondents.

Case No. 3:15-cv-00624-RCJ-VPC

**ORDER**

    The court reopened this action to allow the Federal Public Defender to withdraw from representation of petitioner and to find replacement counsel. ECF No. 22. The court has located replacement counsel.

    IT IS THEREFORE ORDERED that Mark D. Eibert, P.O. Box 1126, Half Moon Bay, CA 94019, is appointed as counsel for petitioner for all further proceedings.

    IT IS FURTHER ORDERED that this action is **STAYED** pending conclusion of the state-court post-conviction proceedings. Petitioner shall return to this court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state- court proceedings. Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

///

///

///

///

1    IT FURTHER IS ORDERED that the clerk of court shall administratively close this action
2 until such time as the court grants a motion to reopen the action.
3    Dated: August 22, 2017.

_____
ROBERT C. JONES
United States District Judge