UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB, | Case No. 3:15-cv-00624-RCJ-VPC |
| Petitioner, | **ORDER** |
| v. | |
| QUENTIN BYRNE, et al., | |
| Respondents. | |

Petitioner having filed a first, unopposed motion for extension of time (ECF No. 31), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's first, unopposed motion for extension of time (ECF No. 31) is **GRANTED**. Petitioner will have up to and including June 19, 2020, to file a first amended petition for a writ of habeas corpus.

DATED:  April 17, 2020.

_____
ROBERT C. JONES
United States District Judge

1