UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SAID ELMAJZOUB,

    Petitioner,

    v.

QUENTIN BYRNE, et al.,

    Respondents.

Case No. 3:15-cv-00624-RCJ-VPC

**ORDER**

Petitioner having filed a second unopposed motion for extension of time (ECF No. 33), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's second unopposed motion for extension of time (ECF No. 33) is **GRANTED**. Petitioner will have up to and including August 18, 2020, to file a first amended petition for a writ of habeas corpus.

DATED: June 15, 2020.

_____
ROBERT C. JONES
United States District Judge