# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB, | Case No. 3:15-cv-00624-RCJ-VPC |
| Petitioner, | **ORDER** |
| v. | |
| QUENTIN BYRNE, et al., | |
| Respondents. | |

Petitioner having filed a second unopposed motion for extension of time (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's second unopposed motion for extension of time (ECF No. 35) is **GRANTED**.  Petitioner will have up to and including November 16, 2020, to file a first amended petition for a writ of habeas corpus.

DATED:  September 22, 2020.

ROBERT C. JONES
United States District Judge

1