UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB,<br><br>    Petitioner,<br><br>    v.<br><br>QUENTIN BYRNE, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00624-RCJ-VPC<br><br>**ORDER** |

This is a habeas corpus action under 28 U.S.C. § 2254.  Currently before the court is petitioner's unopposed motion for stay of proceedings (ECF No. 37).  Petitioner asks the court to stay the action until currently pending state post-conviction proceedings conclude.  The court finds good cause to stay the action.

IT THEREFORE IS ORDERED that petitioner's unopposed motion for stay of proceedings (ECF No. 37) is **GRANTED**.  This action is **STAYED** pending exhaustion of the unexhausted claims.  Petitioner shall return to this court with a motion to reopen within 45 days of issuance of the remittitur by the Nevada Supreme Court at the conclusion of the state court proceedings.  Further, petitioner or respondents otherwise may move to reopen the action and seek any relief appropriate under the circumstances.

///

///

1  IT FURTHER IS ORDERED that the clerk of court shall administratively close this action
2  until such time as the court grants a motion to reopen the action.
3  DATED: December 21, 2020.

_____
ROBERT C. JONES
United States District Judge