UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB, <br><br> Petitioner, <br><br> v. <br><br> QUENTIN BYRNE, <br><br> Respondents. | Case No. 3:15-cv-00624-ART-CSD <br><br> ORDER |

This habeas matter is before this Court on Petitioner Said Elmajzoub's unopposed motion for a 60-day extension of time to file his amended petition. (ECF No. 59.) This is Elmajzoub's current counsel's second request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 59) is granted. Elmajzoub has up to and including February 25, 2026, to file his amended petition.

DATED THIS 7th day of January 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1