UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SAID ELMAJZOUB,

Petitioner,

v.

QUENTIN BYRNE,

Respondents.

Case No. 3:15-cv-00624-ART-CSD

ORDER

This habeas matter is before this Court on Petitioner Said Elmajzoub's unopposed motion for a 60-day extension of time to file his amended petition. (ECF No. 61.) This is Elmajzoub's current counsel's third request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 61) is granted. Elmajzoub has up to and including April 26, 2026, to file his amended petition.

DATED THIS 1st day of March 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1