UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB, | Case No. 3:15-cv-00624-ART-CSD |
| Petitioner, | EXTENSION ORDER |
| v. | |
| QUENTIN BYRNE, et al., | |
| Respondents. | |

This habeas matter is before the Court on Petitioner Said Elmajzoub's unopposed motion for a 60-day extension of time to file his amended petition. ECF No. 63. This is Elmajzoub's current counsel's fourth request for an extension of this deadline. *Id.* at 4. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 63) is granted. Petitioner has through June 26, 2026, to file his amended petition.

DATED THIS 30th day of April 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE