UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAID ELMAJZOUB, Petitioner, v. QUENTIN BYRNE, et al., Respondents. | Case No. 3:15-cv-00624-ART-CSD<br>ORDER GRANTING EXTENSION |

This habeas matter is before the Court on Petitioner Said Elmajzoub's unopposed motion for a 45-day extension of time to file his amended petition. ECF No. 69. This is the seventh request for an extension of this deadline for Elmajzoub's current counsel. *Id.* at 4. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

It is therefore ordered that the unopposed motion for an extension of time (ECF No. 69) is granted. Petitioner has through November 23, 2026, to file his amended petition.

DATED THIS 13th day of October 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE